IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**WILLIE JAMES WHITE,**

**Defendant.**                                                  **No. 99-cr-30107-DRH**

### ORDER

**HERNDON, Chief Judge:**

Willie James White seeks a reduction in his sentence pursuant to 18 U.S.C. § 3582(c) and Amendment 706 to the United States Sentencing Guidelines (Doc. 48). The Court appointed counsel to represent White on this issue, and counsel has now moved to withdraw on the basis that he can make no non-frivolous arguments in support of a reduction pursuant to 18 U.S.C. § 3582(c). ***See Anders v. California*, 386 U.S. 738, 744 (1967)**. White did not respond to the motion to withdraw, even though he was given an opportunity to do so.

The Court notes that White has been released from custody from his original sentence and has been revoked two times. *See* Docs. 31, 32, 44 & 45. Thus, the pending motion for a reduction in sentence is moot, because White has already served his original prison sentence. ***See United States v. Forman*, 553**

**F.3d 585, 589 (7th Cir.),** *cert. denied sub nom McKnight v. United States*, **129 S.Ct. 1924 (2009)**.

The Court therefore **GRANTS** counsel's motion to withdraw (Doc. 51) and **DISMISSES as moot** the motion for a sentence reduction (Doc. 48).

**IT IS SO ORDERED.**

Signed this 22nd day of February, 2010.

/s/  *David R Herndon*
**Chief Judge
United States District Court**